

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-13-00505-CR

Christopher G. **CARRINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR8418A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is deemed MOOT.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court